[No. 49586-1-I. Division One. December 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DARIUS PAIGE, ET AL., *Defendants*, ALLEN SINCLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00957-1, Jeffrey M. Ramsdell, J., entered October 28, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49723-5-I. Division One. December 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DOMINIC JACK SIMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00348-4, Laura Gene Middaugh, J., entered October 26, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49743-0-I. Division One. December 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RODOLFO JEREZ-SOSA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05142-0, Terence Lukens, J., entered November 19, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49805-3-I. Division One. December 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD NATHAN BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02644-1, Jay V. White, J., entered January 4, 2002. *Affirmed* by unpublished per curiam opinion.